DANIEL H. CLOSE, appellant,

*v.*

ABRAHAM N. BROWN et al., respondents.

On appeal from an order in *Brown* v. *Brown et al.,* advised by Vice-Chancellor Bird, as follows:

This matter coming on to be heard on the petition of Daniel H. Close, in the presence of Frank Bell, of counsel with the said petitioner, and of Charles T. Cowenhoven, of counsel with the complainant in said cause, and the court having heard the depositions taken on both sides, and the arguments of counsel, and it appearing to the chancellor that the petitioner is not entitled to relief except so far forth as concerns the ten-acre tract mentioned in the proceedings in this cause; and it also appearing that the exception of the said ten acres in said proceedings was made by inadvertence and mistake; and it also appearing that it was the intention of the complainant, and also of all the parties defendants, to include the said ten acres in the said proceedings for partition, and also to sell the same with the rest, and that they all so assured the said Daniel H. Close, at and before the sale to him; and it further appearing that the said Daniel H. Close understood that he was bidding for the said ten acres as well as for the parcel from which it was so inadvertently excepted:

It is thereupon, on this 13th day of September, A. D. 1889, on motion of Charles T. Cowenhoven, of counsel as aforesaid, ordered accordingly. And it is further ordered, that the proceedings in this cause, down to and including the decree for sale, be and the same are hereby opened so far as respects the allegation therein of and concerning the said ten acres. And it is further ordered, that all of the said proceedings be and the same are hereby amended by striking out therefrom the allegations respecting the ten acres—that is to say, the following: "Also, excepting a small ten-acre lot, or thereabouts, conveyed by the said

Van Ness *v.* Robbins.

Terhune, guardian as aforesaid, to John W. Herbert, by deed of April     , A. D. 1855, from out of the said premises." And it is further ordered, that the master who made the said sale do forthwith make, execute and deliver his deed for the premises so sold to the said Daniel H. Close as aforesaid, upon his complying with the conditions of said sale. And it is further ordered, that this order be without costs to either party as against the other.

*Messrs. Hawkins & Durand,* for the appellant.

*Mr. C. T. Cowenhoven,* for the respondents.

PER CURIAM.

The order made by the court of chancery in this case is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH, WHITAKER—12.

*For reversal*—None.